AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia



| In the Matter of the Seizure of | ) |
|---|---|
| *(Briefly describe the property to be seized)* | ) |
| ALL BITCOIN (BTC) STORED IN THE ACCOUNT | ) |
| ASSOCIATED WITH USER ID 69050519 AND | ) |
| E-MAIL ADDRESS rrg.btcxrp@gmail.com | ) |
|  | ) |

Case No.  Under Seal 3:23-sw- 65

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the   Cayman Islands  District of _____ is subject to forfeiture to the United States of America under      18     U.S.C. § 981(a)(1)(A)   *(describe the property)*:

ALL BITCOIN (BTC) VIRTUAL CURRENCY HOLDINGS STORED IN THE ACCOUNT ASSOCIATED WITH USER ID 69050519 AND E-MAIL ADDRESS rrg.btcxrp@gmail.com AT THE BINANCE CRYPTOCURRENCY EXCHANGE

The application is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Reviewed by AUSA/SAUSA:

Janet Jin Ah Lee

Michael J. McGillicuddy, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     04/19/2023

_____
*Judge's signature*

City and state:  Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
_____
*Printed name and title*